# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI
# OXFORD DIVISION

**DAVID DEWAYNE MOORE, JR.**                                      **PLAINTIFF**

**v.**                                 **CIVIL NO. 3:20-cv-185-MPM-JMV**

**ANDREW SAUL, COMMISSIONER OF**
**SOCIAL SECURITY ADMINISTRATION**                               **DEFENDANT**

## ORDER GRANTING UNOPPOSED MOTION FOR STAY

The Court has considered Defendant's Unopposed Motion for Stay [ECF No. 5] and is of the opinion the motion should be granted in part.

IT IS, THEREFORE, ORDERED that all proceedings in this case are stayed for 60 days from the date of this order or until such time as the Commissioner of the Social Security Administration can prepare a certified copy of the administrative transcript, whichever is earlier.

This, the 8th day of September, 2020.

/s/ Jane M. Virden
UNITED STATES MAGISTRATE JUDGE