**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION**

**DAVID DEWAYNE MOORE, JR.**                                                            **PLAINTIFF**

**v.**                                             **CIVIL ACTION NO.: 3:20-cv-185-MPM-JMV**

**ANDREW SAUL, COMMISSIONER OF THE
SOCIAL SECURITY ADMINISTRATION**                                     **DEFENDANT**

**ORDER GRANTING MOTION TO SEAL**

THIS CAUSE having come on for hearing on the Defendant's Unopposed Motion [ECF No. 18] to Seal the Social Security Transcript [ECF No. 8] and this Court, having considered the same and being fully advised in the premises, and noting that Plaintiff has no objection, is of the opinion that said Motion is well taken and should be, and the same is, hereby granted.

IT IS, THEREFORE, ORDERED that because the Social Security Transcript [ECF No. 8] inadvertently contains certain information that has no relevance herein, the Clerk is directed to permanently seal it. Defendant has filed a redacted copy of the Social Security Transcript at docket entry No. 17.

This 11th day of February, 2021.

                                                                          /s/ Jane M. Virden
                                                                          UNITED STATES MAGISTRATE JUDGE